IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL | |
| | BEFORE: DOUGLAS L. MICKO | |
| Plaintiff, | U.S. Magistrate Judge | |
| v. | Case No: | 23-cr-253 (JWB/LIB) |
| | Date: | August 16, 2023 |
| Matthew Kenneth Rewald (3), | Courthouse: | St. Paul |
| | Courtroom: | 6B |
| Defendant. | Time Commenced: | 1:33 p.m. / 1:38 p.m. |
| | Time Concluded: | 1:37 p.m. / 1:40 p.m. |
| | Time in Court: | 6 minutes |

APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Joseph Friedberg
    X Retained

Date Charges Filed: August 10, 2023

Offense: conspiracy to distribute methamphetamine; possession with intent to distribute fentanyl; felon in possession of a firearm; possessing a firearm in furtherance of a drug trafficking crime

    X Advised of Rights

on    X Indictment

X Deft Ordered Detained – Govt to submit proposed order

X Detention hearing waived
X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule 5(f) Brady notice read on the record.

                                                                                      _s/nah_
                                                                  Signature of Courtroom Deputy