# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | |
| Matthew Kenneth Rewald (3), | Case No: 23-cr-253 (JWB/LIB) |
| | Date: August 16, 2023 |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: 6B |
| | Time Commenced: 1:37 p.m. |
| | Time Concluded: 1:38 p.m. |
| | Time in Court: 1 minutes |

APPEARANCES:

  Plaintiff: Robert Lewis, Assistant U.S. Attorney
  Defendant: Joseph Friedberg
       X Retained

**Indictment Dated:** August 10, 2023

  X Reading of Indictment Waived     X Not Guilty Plea Entered

Other Remarks:
X Counsel to be notified of additional dates by separate Order to be issued.

                                                                                   *s/nah*
                                                                  Signature of Courtroom Deputy